428 A.2d 673

Hughes v. Hutt, Appellant.

Argued December 4, 1979.   George A. Heitczman, for appellant;  Alfred P. Antonelli, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., concurred in the result.

428 A.2d 673

Kallok v. Kallok, Appellant.

Submitted April 12, 1979.   Daniel G. Reilly, for appellant;  David E. Cohen, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Decree affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.